UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN WILLIAMS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 2337 |
| | ) | |
| BOARD OF EDUCATION OF THE | ) | Judge George Lindberg |
| CITY OF CHICAGO and CHRISTINE | ) | |
| MUNNS, individually and as an agent of | ) | Magistrate Judge Schenkier |
| Defendant Board | ) | |
|     Defendants. | ) | |
| | ) | |

### NOTICE OF MOTION

To:   Elaine Siegel
      Elaine K.B. Siegel & Associates, P.C.
      39 S. LaSalle Street, Suite 617
      Chicago, IL 60603

    **PLEASE TAKE NOTICE** that on **Wednesday, February 13, 2008**, at **9:30 a.m.**, Defendants Board of Education, shall appear before the **Honorable Judge George Lindberg,** in **Courtroom 1425**, or before such other Judge sitting in her place and stead, and then and there present the attached DEFENDANT BOARD OF EDUCATION'S MOTION TO STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES, a copy of which is attached hereto and herewith served upon you.

    Dated at Chicago, Illinois this 7th day of February, 2008.

                              Respectfully submitted

                              PATRICK J. ROCKS
                              General Counsel

        By:   _s/James J. Seaberry_____
                James J. Seaberry
                Assistant General Counsel
                Board of Education
                125 South Clark Street, Suite 700
                Chicago, IL  60603

## CERTIFICATE OF SERVICE

I, James J. Seaberry, an attorney do hereby certify that I caused the attached Notice of Motion to be served upon counsel of record via CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 7th day of February, 2008.

s/James J. Seaberry
James J. Seaberry