# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Kathleen Williams

V.

Board of Education of the City of Chicago and
Christine Munns, individually and as an agent of
the Defendant Board

07CV 6997
JUDGE LINDBERG
MAGISTRATE JUDGE SCHENKIER

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

General Counsel
Board of Education of the City of Chicago
125 South Clark Street
Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elaine K.B. Siegel & Associates
39 South LaSalle Street, Suite 617
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 3 2007

DATE

ClientCaseID:
Law Firm ID:    SIEGEL


\* 1 7 5 7 8 7 A \*

CaseReturnDate:  2/29/08

**Affidavit of  Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **07CV6997**

**I, REGINA BATES**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL  REGULATION PRIVATE DETECTIVE AGENCY  #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## <u>CORPORATE SERVICE</u>

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED  DEFENDANT  **BOARD OF EDUCATION OF THE CITY OF CHICAGO**
PERSON SERVED **CYNICA M. TOWNSEND, RECEPTION**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/31/08**

That the sex, race and approximate age of the person whom I left the      **SUMMONS AND COMPLAINT**
are as follow:
| | | | | | | |
|---|---|---|---|---|---|---|
| **Sex** | FEMALE | **Race** | BLACK | **Age** | 30 | |
| **Height** | 5'6" | **Build** | HEAVY | **Hair** | BLACK | |

LOCATION OF SERVICE    **125 S CLARK ST**
                                      **CHICAGO, IL, 60603**

Date Of Service    **1/31/08**          Time of Service    **1:15 PM**

REGINA BATES                                                                1/31/2008
**Special Process Server**
P.E.R.C. #129-295022

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true

**F I L E D**
FEB 1 1 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT