

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Kathleen Williams

V.

Board of Education of the City of Chicago and Christine Munns, individually and as an agent of the Defendant Board

CASE: 07CV 6997
JUDGE LINDBERG
ASSIGN: MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)
Christine Munns c/o
General Counsel
Board of Education of the City of Chicago
125 South Clark Street
Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elaine K.B. Siegel & Associates
39 South LaSalle Street, Suite 617
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 3 2007

DATE

ClientCaseID:　　　　　　　　　　　　　　　　　　　　　　　CaseReturnDate:　2/29/08
Law Firm ID:　SIEGEL



Affidavit of　SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number　07CV6997

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN　　　SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT　　　CHRISTINE T. MUNNS
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY　　2/5/08

That the sex, race and approximate age of the person whom I left the　SUMMONS AND COMPLAINT
are as follow:　　Sex　FEMALE　Race　WHITE　　Age　50

　　　　　　　　Height　5' 6　　Build　HEAVY　　Hair　BROWN

LOCATION OF SERVICE　　**6040 N KILPATRICK AVE CHICAGO, IL, 60646**

Date Of Service　2/5/08　　　　Time of Service　1:05 PM

　　　　　　　　　　　　　　　　　　　　　　　　R. MARSHALL GRADY　　　　　　　2/6/2008
　　　　　　　　　　　　　　　　　　　　　　　　SPECIAL PROCESS SERVER
　　　　　　　　　　　　　　　　　　　　　　　　PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# FILED

FEB 11 2008　TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT