## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6997 | **DATE** | February 13, 2008 |
| **CASE TITLE** | Williams vs. Board of Education of the City of Chicago, *et al*. | | |

**DOCKET ENTRY TEXT**

In light of Defendant Board of Education's Motion to Strike Plaintiff's Prayer for Punitive Damages at Docket Entry No. 9, the Court strikes Defendant Board of Education's Motion to Strike Plaintiff's Prayer for Punitive Damages at Docket Entry No. 6. Plaintiff is ordered to respond to Defendant Board of Education's Motion to Strike Plaintiff's Prayer for Punitive Damages [9] on or before 2/27/08. Defendant's reply, if any must be filed on or before 3/5/08. A ruling is scheduled for 9:30 a.m. on 4/10/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|