

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** J.N  FEB 2 5 2008

KATHLEEN WILLIAMS, )
    Plaintiff, )  No. 07 C 6997
)
v. )
)
BOARD OF EDUCATION OF THE ) Judge George Lindberg
CITY OF CHICAGO and CHRISTINE )
MUNNS, individually and as an agent of ) Magistrate Judge Schenkier
defendant Board )
    Defendants. )
)

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
FEB 2 5 2008

### DEFENDANT MUNNS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO COMPLAINT

Defendant Christine Munns ("Munns") by her attorneys, General Counsel Patrick J. Rocks and Assistant General Counsel Sunil Kumar, moves for an enlargement of time to answer Kathleen Williams' ("Plaintiff") complaint ("Complaint"), and in support states:

1. Plaintiff is a teacher who was formerly employed at Sauganash Elementary School ("Sauganash"). Munns is the school principal at Sauganash.

2. Plaintiff alleges that Munns' recommendation that Plaintiff not be renewed as a teacher at Sauganash violated her Constitutional equal protection rights as a female, and her rights pursuant to the Family and Medical Leave Act. Plaintiff also alleges that the decision to not renew her employment constituted tortuous interference with her employment contract with defendant Board of Education of the City of Chicago ("Board").

3. Plaintiff served her Complaint upon Munns on February 5, 2008.

1

4. On February 25, 2008, Munns retained the undersigned counsel to represent her in this suit.

5. Munns requests additional time, until March 14, to answer Plaintiff's eighteen-paged Complaint which contains eighty-two paragraphs of allegations.

6. The granting of the requested enlargement of time will not unduly prejudice Plaintiff, nor will it unduly delay the progress of this action.

WHEREFORE, defendant Munns respectfully requests an enlargement of time until March 14, 2008, to file her answer to Plaintiff's Complaint.

Respectfully submitted,

PATRICK J. ROCKS
General Counsel

By: *Sunil Kumar*
Sunil Kumar
Assistant General Counsel
Chicago Board of Education - Law Department
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700

### CERTIFICATE OF SERVICE

I, Sunil Kumar, certify that I caused the attached **Defendant Munns' Motion for Enlargement of Time to File Answer to Complaint** to be served upon counsel of record *via* facsimile: (312) 236-3451 and U.S. mail, on this 25th day of February, 2008.

*Sunil Kumar*
Sunil Kumar
Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700

2