

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N  FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| KATHLEEN WILLIAMS,<br>    Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE<br>CITY OF CHICAGO and CHRISTINE<br>MUNNS, individually and as an agent of<br>Defendant Board<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 07 C 6997<br>)<br>) Judge George Lindberg  FEB 2 5 2008<br>)<br>) Magistrate Judge Schenkier<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Elaine Siegel                                  James J. Seaberry
        Elaine K.B. Siegel & Associates, P.C.    Board of Education - Law
        39 S. LaSalle Street, Suite 617            Department
        Chicago, IL 60603                           125 S. Clark Street – Ste. 700
                                                          Chicago, IL 60603

        **PLEASE TAKE NOTICE** that on **Wednesday, March 5, 2008, at 9:30 a.m.,** Defendant Munns, shall appear before the **Honorable Judge George Lindberg,** in **Courtroom 1425,** or before such other Judge sitting in his place and stead, and then and there present the attached **Defendant Munns' Motion for Enlargement of Time to File Answer to Complaint,** a copy of which is attached hereto and herewith served upon you.

        Dated at Chicago, Illinois this 25th day of February, 2008.

                                                                 Respectfully submitted,

                                                                  PATRICK J. ROCKS
                                                                   General Counsel

                                     By:    /s/ Sunil Kumar
                                                               Sunil Kumar
                                                                 Assistant General Counsel
                                                               Chicago Board of Education - Law Department
                                                               125 South Clark Street, Suite 700
                                                               Chicago, Illinois 60603
                                                               (773) 553-1700

## CERTIFICATE OF SERVICE

I, Sunil Kumar, certify that I caused the attached **Defendant Munns' Motion for Enlargement of Time to File Answer to Complaint** to be served upon counsel of record *via* facsimile: (312) 236-3451 and U.S. Mail, on this 25th day of February, 2008.

*Sunil Kumar*
Sunil Kumar
Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700