## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Kathleen Williams

                          Plaintiff,

v.                                       Case No.: 1:07−cv−06997

                                            Honorable George W. Lindberg

Board Of Education Of The City Of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

      MINUTE entry before Judge George W. Lindberg :Defendant Munns's Motion for Enlargement of Time to File Answer to Complaint [13] is granted. Defendant Munns is granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before March 14, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.