UNITED STATES DISTRICT COURT FOR THE
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 27 2008
FILED
FEB 27 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| KATHLEEN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6997 |
| ) | |
| v. ) | Judge George Lindberg |
| ) | |
| BOARD OF EDUCATION OF THE CITY ) | Magistrate Judge Schenkier |
| OF CHICAGO and CHRISTINE MUNNS, ) | |
| individually and as an agent of defendant ) | |
| Board ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:   James Seaberry                          Sunil Kamar
       Assistant General Counsel              Assistant General Counsel
       Board of Education                     Board of Education – Law Department
       125 South Clark Street, Suite 700      125 South Clark Street, Suite 700
       Chicago, Illinois 60603                Chicago, Illinois 60603

**PLEASE TAKE NOTICE THAT** on February 27, 2008, we filed with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, PLAINTIFF'S MOTION TO WITHDRAW PRAYER FOR PUNITIVE DAMAGES AGAINST DEFENDANT BOARD OF EDUCATION, a copy of which is attached hereto and hereby served upon you.

DATED: February 27, 2008

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

OF COUNSEL:
Elaine K.B. Siegel
Katherine J. Eder
Benjamin P. Kailin
Matthew Pavich
ELAINE K.B. SIEGEL & ASSOC., P.C.
39 South LaSalle, Suite 617
Chicago, IL 60603
(312) 236-8088
Attorney No. 40875

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008 a true and correct copy of the foregoing **NOTICE OF MOTION** was sent via U.S. Mail and facsimile to:

| | |
|---|---|
| James Seaberry<br>Assistant General Counsel<br>Board of Education<br>125 South Clark Street, Suite 700<br>Chicago, Illinois 60603 | Sunil Kamar<br>Assistant General Counsel<br>Board of Education – Law Department<br>125 South Clark Street, Suite 700<br>Chicago, Illinois 60603 |

By: _____
　　　One of Plaintiff's Attorneys

OF COUNSEL:
Elaine K.B. Siegel
Katherine J. Eder
Benjamin P. Kailin
Matthew Pavich
ELAINE K.B. SIEGEL & ASSOC., P.C.
39 South LaSalle, Suite 617
Chicago, IL 60603
(312) 236-8088
Attorney No. 40875

FEB 27 2008

FILED

FEB 27 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN WILLIAMS, | )
|  | ) |
|  | ) No. 07 C 6997 |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BOARD OF EDUCATION OF THE CITY | ) Judge George Lindberg |
| OF CHICAGO and CHRISTINE MUNNS, | ) |
| individually and as an agent of defendant | ) Magistrate Judge Schenkier |
| Board | ) |
|  | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO WITHDRAW PRAYER FOR PUNITIVE DAMAGES AGAINST DEFENDANT BOARD OF EDUCATION

Plaintiff Kathleen Williams ("Plaintiff") by and through her attorneys Elaine K.B. Siegel & Associates, moves to withdraw her prayer for punitive damages against Defendant Board of Education ("Board") and in support states:

1. Plaintiff filed her complaint on December 13, 2007.

2. Defendant Board filed its Motion to Strike Plaintiff's Prayer for Punitive Damages on February 7, 2008.

3. Plaintiff no longer wishes to seek punitive damages against Defendant Board, but does not wish to withdraw her prayer for punitive damages against Defendant Christine Munns.

WHEREFORE, Plaintiff respectfully prays that this Court grant Plaintiff's motion to withdraw Plaintiff's prayer for punitive damages against Defendant Board and for such further relief as this Court deems just.

Dated: February 27, 2008

Respectfully Submitted,

Matthew A. Pavich

_____
One of the Attorneys for the Plaintiff
Elaine K.B. Siegel & Associates
39 South LaSalle
Suite 617
Chicago, Illinois 60603