# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6997 | **DATE** | February 29, 2008 |
| **CASE TITLE** | Williams vs. Board of Education of the City of Chicago, *et al*. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Withdraw Prayer for Punitive Damages Against Defendant Board of Education [18] is granted. The Court strikes Plaintiff's prayer for punitive damages with respect to Defendant Board of Education of the City of Chicago. Defendant Board of Education's Motion to Strike Plaintiff's Prayer for Punitive Damages [9] is denied as moot. The Court, *sua sponte*, orders all counsel who have appeared in this case to register for Electronic Case Filing System (CM/ECF) accounts by no later than March 7, 2008 if they have not already done so. (*See* N.D. Ill. Gen. Order on Electronic Case Filing (May 19, 2005).) The parties are further ordered to comply with the Court's electronic filing rules and policies when filing any papers in this case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|