IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN WILLIAMS, | ) | |
|     Plaintiff, | ) | 07 C 6997 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | JUDGE LINDBERG |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO and CHRISTINE MUNNS, INDIVIDUALLY AND AS AN AGENT OF THE DEFENDANT BOARD | ) ) ) ) | MAGISTRATE JUDGE SCHENKIER |
|     Defendants. | ) | |

## NOTICE OF FILING

To:    Elaine Siegel
        Elaine K.B. Siegel & Associates, P.C.
        39 S. LaSalle Street, Suite 617
        Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this 7th day of March, 2008, filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, **Defendant Board's Answer to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

                                      Respectfully submitted,
                                      PATRICK J. ROCKS
                                      General Counsel

By:    s/James J. Seaberry
        James J. Seaberry
        Assistant General Counsel
        Board of Education of the
        City of Chicago - Law Department
        125 South Clark Street, Suite 700
        Chicago, Illinois 60603
        (773) 553-1700

## CERTIFICATE OF SERVICE

I, James J. Seaberry, an attorney do hereby certify that I caused the attached Notice of Filing to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 7th day of March, 2008.

                                                    s/James J. Seaberry

James J. Seaberry