UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN WILLIAMS, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | No. 07 C 6997 | |
| ) | | |
| BOARD OF EDUCATION OF THE ) | Judge George Lindberg | |
| CITY OF CHICAGO and CHRISTINE ) | | |
| MUNNS, individually and as an agent of ) | Magistrate Judge Schenkier | |
|  defendant Board ) | | |
|     Defendants. ) | | |

**DEFENDANT BOARD'S MOTION FOR LEAVE
TO FILE CORRECTED ANSWER TO PLAINTIFF'S COMPLAINT, INSTANTER**

Defendant Chicago Board of Education ("Board"), by and through its attorneys, General Counsel Patrick J. Rocks and Assistant General Counsel James J. Seaberry, moves this court for leave to file it's corrected answer to Plaintiff's complaint instanter, stating as follows:

1. Board filed its answer by e-filing on March 7, 2008. Due to an administrative error, Plaintiff's original complaint was attached as Board's answer.

2. Plaintiff's counsel is aware of the error and has no objection to the filing of Board's corrected answer.

3. This motion is not brought to delay the Administration of Justice by this court.

WHEREFORE, Defendant Board prays that this court grant leave to file its corrected answer instanter.

Dated: March 12, 2008

Respectfully submitted,
Patrick J. Rocks, General Counsel

By: s/James J. Seaberry
James J. Seaberry, Assistant General Counsel
Board of Education of the City
of Chicago - Law Department
125 South Clark Street, Suite 700
Chicago, IL 60603
(773) 553-1700