UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN WILLIAMS,  )  | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | No. 07 C 6997 | |
| ) | | |
| BOARD OF EDUCATION OF THE ) | Judge George Lindberg | |
| CITY OF CHICAGO and CHRISTINE ) | | |
| MUNNS, individually and as an agent of ) | Magistrate Judge Schenkier | |
| Defendant Board ) | | |
|     Defendants. ) | | |
| ) | | |

## NOTICE OF MOTION

To:    Elaine Siegel
Elaine K.B. Siegel & Associates, P.C.
39 S. LaSalle Street, Suite 617
Chicago, IL 60603

    **PLEASE TAKE NOTICE** that on **Wednesday, March 19, 2008**, at **9:30 a.m.**, Defendants Board of Education, shall appear before the **Honorable Judge George Lindberg,** in **Courtroom 1425**, or before such other Judge sitting in her place and stead, and then and there present the attached **DEFENDANT BOARD'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER TO PLAINTIFF'S COMPLAINT, INSTANTER,** a copy of which is attached hereto and herewith served upon you.

    Dated at Chicago, Illinois this 12th day of March, 2008.

                          Respectfully submitted

                          PATRICK J. ROCKS
                          General Counsel

        By:    _s/James J. Seaberry_____
                  James J. Seaberry
                  Assistant General Counsel
                  Board of Education
                  125 South Clark Street, Suite 700
                  Chicago, IL  60603

## CERTIFICATE OF SERVICE

I, James J. Seaberry, an attorney do hereby certify that I caused the attached Notice of Motion to be served upon counsel of record via CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 12th day of March, 2008.

s/James J. Seaberry
James J. Seaberry