UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Kathleen Williams
                                      Plaintiff,

v.
                                             Case No.: 1:07−cv−06997
                                             Honorable George W. Lindberg

Board Of Education Of The City Of Chicago, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge George W. Lindberg : Defendant Board of Education of the City of Chicago's Motion for Leave to File Corrected Answer to Plaintiff's Complaint Instanter [22] is granted. Defendant is granted leave to file its amended answer on or before March 17, 2008. All parties are ordered to appear for a status hearing on March 19, 2008 at 9:15 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.