**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kathleen Williams

                                                  Plaintiff,

v.                                                                                            Case No.:
1:07−cv−06997

Honorable George W. Lindberg

Board Of Education Of The City Of Chicago, et al.

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: Status hearing held and continued to 4/23/2008 at 9:30a.m. Leave of court is given to the defendants to file the answer to the complaint. Discovery cutoff set for 8/6/2008. Discovery hearing set for 7/2/2008 at 9:30a.m. Motion for summary judgment due 8/27/2008. Response to the motion for summary judgment due 9/10/2008. Reply due 9/17/2008. Ruling set for 10/15/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 10/27/2008. Trial set for 11/3/2008 at 10:00a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.