**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Kathleen Williams
                              Plaintiff,

v.
                                  Case No.:
                                  1:07−cv−06997
                                  Honorable George
                                  W. Lindberg

Board Of Education Of The City Of Chicago, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Status hearing reset to 7/2/2008 at 10:30 AM.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.