UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KATHLEEN WILLIAMS,<br>      Plaintiff,<br><br>v.<br><br>BOARD OF EDUCATION OF THE<br>CITY OF CHICAGO and CHRISTINE<br>MUNNS, individually and as an agent of<br>Defendant Board<br>      Defendants. | )<br>)<br>)<br>)<br>)  No. 07 C 6997<br>)<br>)  Judge George Lindberg<br>)<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Elaine Siegel                                 Sunil Kumar
       Elaine K.B. Siegel & Associates, P.C.     Board of Education - Law
       39 S. LaSalle Street, Suite 617           Department
       Chicago, IL 60603                          125 S. Clark Street – Ste. 700
                                                              Chicago, IL 60603

      **PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2008**, at **9:30 a.m.**, Defendants Board and Munns, shall appear before the **Honorable Judge George Lindberg**, in **Courtroom 1425**, or before such other Judge sitting in his place and stead, and then and there present the attached **Defendants' Uncontested Motion for Entry of Agreed Protective Order**, a copy of which is attached hereto and herewith served upon you.

      Dated at Chicago, Illinois this 31st day of July, 2008.

                                                  Respectfully submitted,

                                                  PATRICK J. ROCKS
                                                  General Counsel

                 By:     s/James J. Seaberry
                          James J. Seaberry
                          Assistant General Counsel
                          Chicago Board of Education - Law Department
                          125 South Clark Street, Suite 700
                          Chicago, Illinois 60603
                          (773) 553-1700

## CERTIFICATE OF SERVICE

I, James J. Seaberry, certify that I caused the attached **Defendants' Uncontested Motion for Entry of Agreed Protective Order** to be served upon counsel of record *via* CM-ECF E-Filing pursuant to General Order on Electronic Case Filing, Section XI(C), on this 31st day of July, 2008.

s/ James J. Seaberry
James J. Seaberry
Assistant General Counsel
Board of Education of the City of Chicago
125 South Clark Street, Suite 700
Chicago, Illinois 60603
(773) 553-1700
