# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6997 | **DATE** | 7/31/2008 |
| **CASE TITLE** | Williams vs. Board of Education of the City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' uncontested motion for entry of agreed protective order [34] is granted. Enter Agreed Protective Order.

Docketing to mail notices.

Courtroom Deputy Initials: