## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6997 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Williams vs. Board of Educ. of the City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

The parties' joint motion to extend discovery [38] is granted. The discovery cut-off date is extended to 10/6/08. No further extensions will be granted. Motion for summary judgment due 10/13/08. Response to the motion for summary judgment due 10/27/08. Reply due 11/3/08. Ruling on summary judgment will issue on or before 12/3/08 at 9:30 a.m. Proposed final pretrial order to be submitted to chambers by 2:00 p.m. on 12/15/08. The 8/13/08 status hearing and 11/3/08 trial date are stricken. Status hearing reset for 10/8/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|